# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. N20C-09-097 MMJ CCLD |
| BP AMERICA INC., BP P.L.C., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, XTO ENERGY INC., HESS CORPORATION, MARATHON OIL CORPORATION, MARATHON OIL COMPANY, MARATHON PETROLEUM CORPORATION, MARATHON PETROLEUM COMPANY LP, SPEEDWAY LLC, MURPHY OIL CORPORATION, MURPHY USA INC., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, CITGO PETROLEUM CORPORATION, TOTAL S.A., TOTAL SPECIALITIES USA INC., OCCIDENTAL PETROLEUM CORPORATION, DEVON ENERGY CORPORATION, APACHE CORPORATION, CNX RESOURCES CORPORATION, CONSOL ENERGY INC., OVINTIV, INC., and AMERICAN PETROLEUM INSTITUTE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

Christian Douglas Wright, Esq., Jameson A.L. Tweedie, Esq., Ralph K. Durstein III, Esq., Sawyer M. Traver, Esq., Deputy Attorneys General, Wilmington, DE, Victor M. Sher, Esq. (Argued), Matthew K. Edling, Esq. (Argued), Stephanie D. Biehl, Esq. (Argued), Sher Edling LLP, San Francisco, CA, *Attorneys for Plaintiff State of Delaware*

David E. Wilks, Esq., Wilks Law, LLC, Wilmington, DE, Theodore J. Boutrous, Jr., Esq. (Argued), William E. Thomson, Esq., Gibson, Dunn & Crutcher LLP, Los Angeles, CA, Andrea E. Neuman, Esq., Dunn & Crutcher LLP, New York, NY, Thomas G. Hungar, Esq., Dunn & Crutcher LLP, Washington, DC, Joshua D. Dick, Esq., Dunn & Crutcher LLP, San Francisco, CA, *Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*

Kenneth J. Nachbar, Esq., Alexandra M. Cumings, Esq., Morris Nichols Arsht & Tunnell, Wilmington, DE, Nathan P. Eimer, Esq., Pamela R. Hanebutt, Esq., Lisa S. Meyer, Esq., Eimer Stahl LLP, Chicago, IL, Robert E. Dunn, Esq. (Argued), Eimer Stahl LLP, San Jose, CA, *Attorneys for Defendants CITGO Petroleum Corporation*

Colleen D. Shields, Esq., Patrick M. Brannigan, Esq., Eckert Seamans Cherin & Mellott, LLC, Wilmington, DE, Tristan L. Duncan, Esq., Daniel B. Rogers, Esq., William F. Northrip, Esq., Shook, Hady & Bacon L.L.P., Kansas City, MO, *Attorneys for Defendant Murphy USA Inc.*

Kevin J. Mangan, Esq., Womble Bond Dickinson (US) LLP, Wilmington, DE, Jeremiah J. Anderson, Esq. (Argued), McGuireWoods LLP, Houston, TX, Kathryn M. Barber, Esq., McGuireWoods LLP, Richmond, VA, *Attorneys for American Petroleum Institute*

Mackenzie M. Wrobel, Esq., Coleen W. Hill, Esq., Duane Morris LLP, Wilmington, DE, Michael F. Healy, Esq., Shook Hardy & Bacon LLP, San Francisco, CA, Michael L. Fox, Esq., Duane Morris LLP, San Francisco, CA, *Attorneys for Defendant OVINTIV INC.*

Daniel J. Brown, Esq., Alexandra M. Joyce, Esq., McCarter & English LLP, Wilmington, DE, Steven M. Bauer, Esq., Margaret A. Tough, Esq., Latham & Watkins LLP, San Francisco, CA, Jameson R. Jones, Esq., Daniel R. Brody, Esq., Bartlit Beck LLP, Denver, CO, *Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*

Daniel J. Brown, Esq., Alexandra M. Joyce, Esq., McCarter & English LLP, Wilmington, DE, Steven M. Bauer, Esq., Margaret A. Tough, Esq., Latham & Watkins LLP, San Francisco, CA, *Attorneys for Defendants Phillip 66 and Phillips 66 Company*

Michael A. Barlow, Esq., Abrams & Bayliss LLP, Wilmington, DE, Robert P. Reznick, Esq. (Argued), Orrick, Herrington & Sutcliffe LLP, Washington, DC, James Stengel, Esq., Marc R. Shapiro, Esq., Orrick, Herrington & Sutcliffe LLP, New York, NY, Catherine Y. Lui, Esq., Orrick, Herrington & Sutcliffe LLP, San Francisco, CA, *Attorneys for Defendant Marathon Oil Corporation*

Robert W. Whetzel, Esq., Blake Rohrbacher, Esq., Alexandra M. Ewing, Esq., Richards, Layton & Finger, P.A., Wilmington, DE, Anna Rotman, Esq. (Argued), Kirkland & Ellis LLP, Houston, TX, *Attorneys for Defendant TotalEnergies, SE*

Steven L. Caponi, Esq., Matthew B. Goeller, Esq., Megan E. O'Connor, Esq., K&L Gates LLP, Wilmington, DE, David C. Frederick, Esq., James M. Webster, III, Esq., Daniel S. Severson, Esq., Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Washington, D.C., *Counsel for Shell plc (f/k/a Royal Dutch Shell plc) and Shell USA, Inc. (f/k/a Shell Oil Company)*

Catherine A. Gaul, Esq., Ashby & Geddes, Wilmington, DE, Nancy G. Milburn, Esq., Diana E. Reiter, Esq. (Argued), Arnold & Porter Kaye Scholer LLP, New York, NY, Jonathan W. Hughes, Esq., Arnold & Porter Kaye Scholer LLP, San Francisco, CA, John D. Lombardo, Esq., Arnold & Porter Kaye Scholer LLP, Los Angeles, CA, *Attorneys for Defendants BP America Inc. and BP p.l.c.*

Jeffrey L. Moyer, Esq., Christine D. Haynes, Esq., Richards, Layton & Finger, P.A., Wilmington, DE, Kevin Orsini, Esq., Vanessa A. Lavely, Esq., Cravath, Swaine & Moore LLP, New York, NY, *Attorneys for Defendant Occidental Petroleum Corporation*

Antoinette D. Hubbard, Esq., Stephanie A. Fox, Esq., Maron Marvel Bradley Anderson & Tardy LLC, Wilmington, DE, Shannon S. Broome, Esq., Ann Marie Mortimer, Esq., Hunton Andrews Kurth LLP, San Francisco, CA, Shawn Patrick Regan, Esq. (Argued), Hunton Andrews Kurth LLP, New York, NY, *Attorneys for Defendants Marathon Petroleum Corporation, Marathon Petroleum Company LP, and Speedway LLC*

Christian J. Singewald, Esq., White and Williams LLP, Wilmington, DE, Joy C. Fuhr, Esq., Brian D. Schmalzbach, Esq., W. Cole Geddy, Esq., McGuireWoods LLP, Richmond, VA, *Attorneys for Defendant Devon Energy Corporation*

3

Paul D. Brown, Esq., Chipman Brown Cicero & Cole, LLP, Wilmington, DE, Tracy A. Roman, Esq. (Argued), Crowell & Moring LLP, Washington, DC, Honor R. Costello, Esq., Crowell & Moring LLP, New York, NY, *Attorneys for Defendant CONSOL Energy Inc.*

Beth Moskow Schnoll, Esq., Ballard Spahr LLP, Wilmington, DE, Noel J. Francisco, Esq., David M. Morrell, Esq. (Argued), Jones Day, Washington, DC, David C. Kiernan, Esq., Jones Day, San Francisco, CA, *Attorneys or Defendant CNX Resources Corp.*

Daniel A. Mason, Esq., Matthew D. Stachel, Esq., Paul, Weiss, Rifkind, Wharton & Garrison LLP, Wilmington, DE, Theodore V. Wells, Jr., Esq., Daniel J. Toal, Esq., Yahonnes Cleary, Esq., Caitlin E. Grusauskas, Esq., Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, NY, *Attorneys for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and XTO Energy Inc.*

Robert W. Whetzel, Esq., Richards Layton & Finger, P.A., Wilmington, DE, Patrick W. Mizell, Esq., Matthew R. Stamme, Esq., Stephanie L. Noble, Esq., Brooke A. Noble, Esq. (Argued), Vinson & Elkins L.L.P., Houston, TX, Mortimer H. Hartwell, Vinson & Elkins L.L.P., San Francisco, CA, *Attorneys for Apache Corporation*

Joseph J. Bellew, Esq., Gordon Rees Scully Mansukhani, Wilmington, DE, J. Scott Janoe, Esq. (Argued), Baker Botts L.L.P., Houston, TX, Megan Berge, Esq., Sterling Marchand, Esq., Baker Botts L.L.P., Washington, DC, *Attorneys for Defendant Hess Corporation and Defendant Murphy Oil Corporation*

**JOHNSTON, J.**

On the Applications for Certification of Interlocutory Appeal filed by
Defendants Apache Corporation, CNX Resources Corporation,
Citgo Petroleum Corporation, Murphy USA, Inc., and Consul Energy, Inc.
**DENIED**

Defendants' Motion for Leave to File a Reply
**DENIED AS MOOT**

## **ORDER**

The Court issued an Opinion dated January 9, 2024.  The Court granted in part and denied in part various motions to dismiss.

The State of Delaware moved for an order certifying an interlocutory appeal to the Delaware Supreme Court.  Certain Defendants filed pleadings entitled Conditional Cross-Application for Certification of Interlocutory Appeal.  By Order dated February 14, 2024, the Court denied the State's Application for Certification of Interlocutory Appeal and Defendants' Conditional Cross-Application for Certification of Interlocutory Appeal.

On a parallel track, certain Defendants moved for reargument.  By Order dated February 12, 2024, the Court denied reargument.  Meanwhile, certain Defendants filed notices of appeal from interlocutory orders in the Supreme Court.

As a result of these overlapping motions, applications and notices, the deadlines (and even available jurisdiction) for filing applications and responses and this Court's action, on the pending applications for interlocutory appeal, became unclear.  Additionally, the moving Defendants in the most recent interlocutory appeal applications have moved for leave to file a reply.

5

The State has opposed the pending applications on the grounds that the Rule 42(b)(iii) factors have not been satisfied, and the applications are untimely.

The Court finds that the most recent applications for interlocutory appeal raise essentially the same arguments asserted in the prior applications.

**THEREFORE,** for the reasons set forth in the Court's February 14, 2024 Order, the Applications for Certification of Interlocutory Appeal filed by Defendants Apache Corporation, CNX Resources Corporation, Citgo Petroleum Corporation, Murphy USA, Inc., and Consul Energy, Inc. are hereby **DENIED.** Defendants' Motion for Leave to File a Reply is hereby **DENIED AS MOOT.**

**IT IS SO ORDERED.**

Dated:  <u>March 26, 2024</u>   <u> */s/ Mary M. Johnston*   </u>
              The Honorable Mary M. Johnston